## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Hon. Esther Salas |
| v. | : | Criminal No. 21-907 |
| <u>**GEORGE WILLARD**</u> | : | |

## NOTICE OF APPEARANCE

Undersigned counsel, on behalf of the Defendant, GEORGE WILLARD, having been retained files his notice of appearance as counsel of record. The Clerk of the Court and all parties of record are hereby notified that I appear for the Defendant indicated in the entitled action. Undersigned counsel requests that all notices, documents, pleadings, forms, motions and all other matters pertaining to this case be sent to the email addressed set forth below.

## CERTIFICATION OF GOOD STANDING

I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Courts since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court:

State of Florida, all courts;
Federal District Courts in Florida, all districts;
Federal District Court in San Juan, Puerto Rico;
Federal District Court in the Eastern District of Texas;
Federal District Court in the Eastern District of Missouri;
Federal District Court in Washington, D.C.
Eleventh Circuit Court of Appeals; and
United States Supreme Court.

I have been a licensed attorney since November 21, 1989, in the State of Florida.

> Respectfully submitted, this 8th day of January 2022
>
> *s/ Bjorn E. Brunvand*
> BJORN E. BRUNVAND, ESQ.
> BRUNVAND WISE, PA.
> Counsel for the Defendant
> 615 Turner Street
> Clearwater, Florida 33756
> Telephone No.: (727)446-7505
> Facsimile No.: (727)446-8147
> Email: bjorn@acquitter.com
> Florida Bar No. 831077

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 8, 2022, I electronically filed the following with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties.

> *s/ Bjorn E. Brunvand*
> BJORN E. BRUNVAND, ESQ.
> BRUNVAND WISE, PA
> Counsel for the Defendant