

ME  |  MA  |  RI  |  CT  |  NY  |  DC  |  verrill-law.com

David G. Lazarus  
Partner  
dlazarus@verrill-law.com  
(617) 292-2859

Verrill Dana LLP  
One Federal Street, 20th Floor  
Boston, MA 02110  
Main 617-309-2600

July 18, 2022

The Honorable Esther Salas, U.S.D.J.  
United States District Court  
Martin Luther King Building & U.S. Courthouse  
50 Walnut Street  
Newark, New Jersey 07102

    Re: *United States v. Woroboff, et. al*.  
    Crim. No. 21-907 (ES)

Dear Judge Salas:

    David Woroboff, the Defendant, with the consent of the government and the other defendants, respectfully requests the Court reschedule the July 27, 2022 status conference to August 2nd, 4th, or 5th. The undersigned is scheduled to sit for the Florida Bar Examination on July 26 and July 27 in Tampa, Florida. The bar exam is only offered twice each year and the next offering is not until February 2023.

    Counsel for the government and the co-defendants do not object to this request except that counsel for Mr. Willard, Bjorn Brunvard, has a prior commitment on August 3rd and counsel for Mr. Mills, Michael Baldassare has a prior commitment on August 1st. Thank you for your consideration.

    Respectfully Submitted,

    */s/ David G. Lazarus*  
    David G. Lazarus, Esq.  
    Attorney for David Woroboff

20640212_1