UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No.: 21-907 |
| v. | : | |
| DAVID WOROBOFF ET AL. | : | SUBSTITUTION OF ATTORNEY |

PLEASE TAKE NOTICE that Philip R. Sellinger, United States Attorney for the District of New Jersey, has reassigned the above-captioned matter to Garrett Schuman, Assistant U.S. Attorney (Garrett.Schuman@usdoj.gov), in substitution for Sean Michael Sherman, Assistant U.S. Attorney, who previously appeared in this matter.

PHILIP R. SELLINGER
United States Attorney

By: Garrett J. Schuman
Assistant U.S. Attorney

Dated: June 21, 2023