UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 21-907 (ES) |
| v. | ORDER FOR POST-INDICTMENT CONTINUANCE |
| GEORGE WILLARD, JR. | |

This matter having come before the Court on the joint application of the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Emma Spiro and Garrett J. Schuman, Assistant U.S. Attorneys, appearing), and defendant George Willard, Jr. (Bjorn Brunvand, Esq., appearing), for an order granting a continuance of proceedings in the above-captioned matter from the date upon which this Order is signed through and including October 31, 2023; and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and the defendant having consented to such continuance and having waived such right; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The failure to grant a continuance would deny counsel for the defendant and counsel for the Government the reasonable time necessary to exchange and review discovery and effectively prepare for motion practice

and/or trial, taking into account the exercise of due diligence;

    2.    The defendant has consented to the aforementioned continuance;

    3.    The grant of a continuance will likely conserve judicial resources; and

    4.    As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this __30th__ day of __June__, 2023,

ORDERED that this action be, and hereby is, continued until October 31, 2023; and it is further

ORDERED that the period from the date of this order through October 31, 2023, be and it hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*

                                        _____
                                        HONORABLE ESTHER SALAS
                                        United States District Judge

Consented to as to form and entry:

_____
GARRETT J. SCHUMAN
EMMA SPIRO
Assistant U.S. Attorneys


_____
BJORN BRUNVAND, ESQ.
Counsel for defendant George Willard, Jr.